DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hoover<br><br>Case Below:<br>174 N.C. App. 596 | No. 370P04-2 | 1. Def's Motion for "Petition for Writ of Certiorari" (COA05-64) | 1. Denied (05/04/06) |
| | | 2. Def's Motion for "Petition for Project Release Summary" | 2. Dismissed (05/04/06) |
| | | 3. Def's Motion for "Petition for Writ of Mandamus" | 3. Denied (05/04/06) |
| | | 4. Def's Motion for "Petition for Writ Appropriate Relief Order Appeal" | 4. Dismissed (05/04/06) |
| | | 5. Def's Motion for "Petition for a Writ Virtually Request and Order" | 5. Dismissed (05/04/06) |
| | | 6. Def's Motion for "Petition for a Writ on Constitutional Violation on Adjudication Processing" | 6. Dismissed (05/04/06) |
| | | 7. Def's Motion for "Petition for a Writ to Amendment for Motion for Appropriate Relief Certiorari" | 7. Dismissed (05/04/06) |
| | | 8. Def's "Notice of Appealable" | 8. Dismissed *Ex mero motu* (05/04/06) |
| State v. Ivey<br><br>Case Below:<br>176 N.C. App. 768 | No. 182P06 | AG's Motion for Temporary Stay (COA05-456) | Allowed 04/11/06 |
| State v. Johnson<br><br>Case Below:<br>177 N.C. App. 122 | No. 210P06 | AG's Motion for Temporary Stay (COA05-758) | Allowed 04/24/06 |
| State v. Jones<br><br>Case Below:<br>Duplin County Superior Court | No. 497A93-8 | Def's Motion for Competency Hearing | Denied (05/04/06) |